UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20468-CR-KING          Date: February 23, 2022    Judge James Lawrence King
Defendant: **Mayara Gonzalez Chaviano**     Defense counsel: Samuel J. Rabin, Jr., Esq.
AUSA:    Michael B. Homer                U.S. Probation: Gabriel Fernandez

**JUDGMENT AND SENTENCE**

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count | __ __ | ____ | __ __ | ____ |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: ( ) none imposed   $0
(**X**) The court orders restitution in the amount of $982,404.00 with co-defendants in cases 21-20467-CR-ALTMAN, and 21-20469-CR-BLOOM
( ) Count remaining  dismissed _____
( ) Forfeiture Entered

**( ) SUPERVISED RELEASE**
**(X) PROBATION**

|  |  | YEARS |
|---|---|---|
| Count | I | 3 |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
(**X**) Home confinement for a period of SIX (6) Months
( ) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  (**X**) Financial Disclosure  (**X**) Permissible Search ( ) Mental Health Treatment    ( ) IRS Cooperation  (**X**) Healthcare Business Related Restrictions   (**X**) Unpaid Restitution if any;
( ) 50 hours Community Service (**X**) No New Debt Restriction

**CUSTODY**
( ) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
( ) The court recommends:
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court hereby Adopts the R&R by Magistrate Becerra and Adjudicate the defendant Guilty as to Count I
- Defendant's Motion for Downward Departure Held
- The Court finds that the motion be and the same is hereby - Granted

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Sharon Velazco

Page 2 of  2